UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIMETREUS ADAMS,

                    Petitioner,

          -against-                                          24-CV-6265 (LTS)

SUPERINTENDENT OF ELMIRA                                     ORDER OF DISMISSAL
CORRECTIONAL FACILITY, et al.,

                    Respondents.

LAURA TAYLOR SWAIN, Chief United States District Judge:

          By order dated August 22, 2024, the Court directed Petitioner, within thirty days, to

submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in

fees required to file a petition for a writ of *habeas corpus* in this court. That order specified that

failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP

application or paid the fee. Accordingly, the complaint is dismissed without prejudice. *See* 28

U.S.C. §§ 1914, 1915.

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

          The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    October 15, 2024
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                  Chief United States District Judge